# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **SCHILLER D. HILL,** | ) |
| | ) |
| v. | ) CASE NO: 1:25-MC-19 |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## MOTION FOR RETURN OF SEIZED PROPERTY

Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, Mr. Schiller D. Hill, by counsel, respectfully moves for the return of personal property seized by the United States through U.S. Customs and Border Protection agents at Washington Dulles International Airport on August 20, 2025, and alleges the following:

- The items sought for return are set forth in Exhibit A (redacted).

- The subject property was searched and seized in violation of the Fourth Amendment; the search was compelled in violation of the Fifth Amendment; and its continued seizure is for the purpose of enforcing a state law that violates the First Amendment.

- No federal criminal case accompanies this motion because the United States has filed no charges against Mr. Hill; nor is he under investigation for any violation of federal law.

- Mr. Hill's property was seized at a Virginia airport spanning Loudoun and Fairfax Counties, rendering the Eastern District of Virginia, Alexandria Division, the proper district for redress under Rule 41(g).

In support of his motion, Mr. Hill hereby incorporates the accompanying *Memorandum of Law in Support of Motion for Return of Seized Property*.

Respectfully submitted,

By Counsel:

/s/
MARINA MEDVIN, ESQ.
*Counsel for Schiller Hill*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: Contact@MedvinLaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on September 19, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Virginia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/
Marina Medvin, Esq.