# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **SCHILLER D. HILL** ) | |
| ) | |
| v. ) | CASE NO: 1:25-MC-19 |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| Respondent. ) | |

### REQUEST FOR HEARING

The movant, Schiller D. Hill, by counsel, respectfully requests that his *Motion for Return of Seized Property* be scheduled for hearing before the Honorable Judge Giles on Thursday, **October 23, 2025**, at 10:00 a.m., or as soon thereafter as the matter may be heard.

Respectfully submitted,

By Counsel:

_____/s/_____
MARINA MEDVIN, ESQ.
*Counsel for Schiller Hill*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: Contact@MedvinLaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on September 22, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Virginia by using the CM/ECF system. I further certify that an electronic copy of the foregoing pleading will be delivered on September 22, 2025 via electronic mail to Assistant United States Attorney for the Eastern District of Virginia, April Russo, at April.Russo@usdoj.gov.

                                    /s/
                           Marina Medvin, Esq.